# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Tressa R. Glover-Parker**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00305-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Internal Revenue Service | ) | |
| Charles Eldridge Hunter | | |
| Sharon Hunter | | |
| Minda Hunter | | |
| Sarah Wilson | | |
| Malaka Hunter | | |
| Vernon Dunbar | | |
| Tiffany Dunbar | | |
| Tarita Dunbar | | |
| Russell Wilson | | |
| Josephine Wilson**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2017 Order.

June 20, 2017

Frank G. Johns, Clerk
United States District Court